```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12255
   MARCUS A WILSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2445

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/10/2007 and was confirmed 10/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED        3040.00           .00             .00
THE HOME DEPOT/ CBUSA     UNSECURED       NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,334.00                         815.00
TOM VAUGHN                TRUSTEE                                           60.00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   875.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   815.00
TRUSTEE COMPENSATION                              60.00
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                    875.00                 875.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```